Petition for Writ of Habeas Corpus Denied and Opinion filed August 7,
2003









Petition for Writ of Habeas Corpus Denied and Opinion
filed August 7, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00808-CV

____________

 

IN RE ADEL SHESHTAWY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M  O P I N I O N

On July 22, 2003, relator,
Adel Sheshtawy, filed a petition for
writ of habeas corpus.  See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon Supp. 2000);  Tex. R. App. P. 52. 

We deny relator=s petition for writ of habeas corpus
for the reasons set out in In re Sheshtawy, No.  14-03-00444-CV, 2003 WL 1922869 (Tex.  App. B Houston [14th Dist.] 2003) (orig.  proceeding).  

PER CURIAM

Petition Denied and Opinion filed
August 7, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.